March 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

UNITED FIRE LLOYDS, Appellant

NO. 14-12-00313-CV                          V.

HOPE TIPPIN O/B/O LACAMBRIA TIPPIN, A MINOR, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Hope Tippin o/b/o LaCambria Tippin, A Minor, signed December 29, 2011, was heard on the transcript of the record. The record shows that the trial court lacked jurisdiction over the case. We therefore **VACATE** the trial court's judgment and **DISMISS** this case for want of jurisdiction.

We order appellant, United Fire Lloyds, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.